159 A.3d 941

## ESTATE OF Margaret Nagy MCFADDEN, Deceased

Petition of: Ronald McFadden

No. 314 EAL 2016

Supreme Court of Pennsylvania.

October 24, 2016

## ORDER

PER CURIAM

**AND NOW,** this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**